October 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DAMONTE BONDS, Appellant

NO. 14-15-00688-CR                        V.

THE STATE OF TEXAS, Appellee

_____

This court today heard a motion for rehearing filed by DAMONTE BONDS. We order that the motion be granted, and that the court's former judgment of August 16, 2016 be vacated, set aside, and annulled. We further order this court's Opinion of August 16, 2016, withdrawn. Cause No. 14-15-00688-CR was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**. We further order this decision certified below for observance.